```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA

PATRICK MCCARDELL                           CIVIL ACTION

VERSUS                                      NO: 12-1136

REGENT PRIVATE CAPITAL, LLC                 SECTION: "A" (3)
```

### ORDER AND REASONS

Before the Court is a **Motion to Alter or Amend Judgment, or Alternatively, For New Trial (Rec. Doc. 20)** filed by plaintiff Patrick McCardle. Defendant Regent Private Capital, LLC opposes the motion. The motion, scheduled for submission on September 26, 2012, is before the Court on the briefs without oral argument.

On August 10, 2012, the Court entered an order staying this matter and closing it while the parties arbitrate the contract dispute. (Rec. Doc. 19). Plaintiff suggests that the Order and Reasons may contain a clerical error in that the term arbitration appears to be used synonymously with the term mediation. Plaintiff notes that mediation is not mentioned in the Order and Reasons even though the contract requires mediation prior to arbitration. Plaintiff suggests that he will with leave of court file supplemental briefing to address this point.

Supplemental briefing is not necessary and would be futile because the Order and Reasons does not confuse mediation and

1

arbitration.  The two concepts are fundamentally different because binding arbitration is designed to replace traditional litigation in court of all issues subject to the agreement.  The Federal Arbitration Act, 9 U.S.C. § 2, et seq., which applies to arbitration and not mediation, deprives this Court of any discretion to ignore a valid agreement to arbitrate, compels the Court to stay this matter pending arbitration of all issues within the scope of the arbitration agreement.  9 U.S.C.A. § 3 (West 2009).  The arbitration clause in the contract at issue is broad and covers *all* disputes pertaining to the contract including whether the parties must mediate first or whether mediation has been waived, as Defendant argues in opposition.  Therefore, it will be for the arbitrator(s) to decide whether mediation as a precursor to arbitration is mandated under the terms of the contract.

Accordingly, and for the foregoing reasons;

**IT IS ORDERED** that the **Motion to Alter or Amend Judgment, or Alternatively, For New Trial (Rec. Doc. 20)** filed by plaintiff Patrick McCardle is **DENIED**.

September 26, 2012

_____
JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE